1034

sented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution. 

No. 94–8536 (A–704). FREE v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

MARCH 27, 1995

No. 94–1105. TEXAS v. UNITED STATES. Affirmed on appeal from D. C. D. C.

No. 94–742. HARLEYSVILLE LIFE INSURANCE CO. v. MARDELL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKennon* v. *Nashville Banner Publishing Co.*, 513 U. S. 352 (1995).

No. 94–197. ANDERSON, DIRECTOR, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, ET AL. v. GREEN ET AL., 513 U. S. 557. Motion of respondents to amend the judgment denied. Motion of respondents to retax costs granted.

No. 94–1175. BANK ONE CHICAGO, N. A. v. MIDWEST BANK & TRUST CO. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 94–7908. WILLIAMS ET UX. v. ARNOLD & ARNOLD LAW FIRM ET AL. C. A. 8th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 17, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–1355. IN RE LYON. Ct. App. Alaska. Petition for writ of common-law certiorari denied.